**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No.: 4:01cr48-SPM

TERRENCE WASHINGTON,

    Defendant.

_____/

## ORDER CONTINUING REVOCATION HEARING

Upon consideration, Defendant's motion to continue his revocation hearing (doc. 137) is **granted**. The sentencing hearing is reset for **1:30 p.m. on November 17, 2008**, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this <u>twentieth</u> day of October, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge