IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                              Case No.: 4:01cr48-SPM

TERRENCE WASHINGTON,

    Defendant.
_____/

## ORDER CONTINUING REVOCATION HEARING

Upon consideration, Defendant's motion to continue his revocation hearing (doc. 140) is **granted**. The sentencing hearing is reset[1] for **1:30 p.m. on December 15, 2008**, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this <u>thirteenth</u> day of November, 2008.

                                                        *s/ Stephan P. Mickle*
                                                        Stephan P. Mickle
                                                        United States District Judge

---

[1] Contrary to Defendant's representation in his motion, this hearing was set for November 17, 2008. The date was set on October 20, 2008, in document 138 of this case docket.